1

2

3

4              UNITED STATES DISTRICT COURT

5              NORTHERN DISTRICT OF CALIFORNIA

6

7    TIMOTHY FERRISS, et al.,                    Case No.  15-cv-05675-EMC

8                  Plaintiffs,
                                                 **ORDER TEMPORARILY VACATING**
9        v.                                      **FURTHER BRIEFING AND HEARING**
                                                 **ON DEFENDANTS' MOTION FOR**
10   ALLIANCE PUBLISHING, INC., et al.,          **LEAVE TO FILE AMENDED ANSWER**
                                                 **AND AFFIRMATIVE DEFENSES**
11                 Defendants.
                                                 Docket No. 33
12

13

14           Plaintiffs have filed suit against multiple Defendants, including but not limited to Wealth

15   Partners Publishing ("WPP"), which appears to be an Illinois corporation, and Candice

16   Cunningham, who appears to be affiliated with WPP.  Previously, Plaintiffs moved to strike

17   WPP's answer on the ground that the answer had been filed by Ms. Cunningham (on WPP's

18   behalf) but she is not an attorney.  *See* Docket No. 29 (motion).  Subsequently, Ms. Cunningham

19   filed – on both her behalf and WPP's – a motion for leave to file an amended answer and

20   affirmative defenses.  *See* Docket No. 33 (motion).  Plaintiffs then withdrew their motion based on

21   their understanding that Ms. Cunningham was trying to retain counsel to represent both herself

22   and WPP.  According to Plaintiffs, "[o]nce counsel has been retained, Plaintiffs anticipate entering

23   a stipulation to permit Defendants Cunningham and [WPP] to file an amended Answer."  Docket

24   No. 43 (Not. at 2).

25           In light of the above circumstances, the Court concludes that, as a matter of efficiency, it

26   makes sense to temporarily **VACATE** further briefing and the hearing on Ms. Cunningham and

27   WPP's  motion for leave to file an amended answer and affirmative defenses.  Within 60 days of

28   the date of this order, the parties are to **jointly** report back on (1) whether Ms. Cunningham and

*United States District Court*
For the Northern District of California

WPP have been able to retain counsel and (2) whether it is necessary to proceed with briefing and hearing on the motion for leave to file an amended answer and affirmative defenses.

**IT IS SO ORDERED**.

Dated: March 23, 2016

_____
EDWARD M. CHEN
United States District Judge

United States District Court
For the Northern District of California