| | |
|---|---|
| 1 | Judith B. Jennison, Bar. No. 165929 |
| | PERKINS COIE LLP |
| 2 | 1201 Third Avenue, Suite 4900 |
| | Seattle, Washington 98101 |
| 3 | Telephone: 206.359.8000 |
| | Facsimile: 206.359.9000 |
| 4 | Email: JJennison@perkinscoie.com |
| 5 | Julie E. Schwartz, Bar No. 260624 |
| | Lauren B. Cohen, Bar No. 285018 |
| 6 | PERKINS COIE LLP |
| | 3150 Porter Drive |
| 7 | Palo Alto, California 94304-1212 |
| | Telephone: 650.838.4300 |
| 8 | Facsimile: 650.838.4350 |
| | Email: JSchwartz@perkinscoie.com |
| 9 | Email: LCohen@perkinscoie.com |

Attorneys for Plaintiffs

TIMOTHY FERRISS and KRISA PERFORMANCE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY FERRISS, an individual; and KRISA PERFORMANCE, LLC, a California limited liability company, | Case No. 3:15-cv-05675-EMC |
| | **JOINT NOTICE OF PENDING SETTLEMENT** |
| Plaintiffs, | ORDER RESETTING CMC |
| v. | Honorable Edward M. Chen |
| ALLIANCE PUBLISHING, INC.; ALLIANCE PUBLISHING SERVICES, INC., a Florida corporation; WEALTH PARTNERS PUBLISHING, an Illinois corporation; CANDICE CUNNINGHAM, an individual; PEAGAN TWITTY, an individual; and DOES 1-50, inclusive. | |
| Defendants. | |

# JOINT NOTICE OF SETTLEMENT

Plaintiffs Timothy Ferriss and Krisa Performance, LLC ("Plaintiffs") and Defendants Candice Cunningham and Wealth Partners Publishing ("Defendants"), hereby notify the court that they have reached a settlement in principle. The parties anticipate that settlement will be finalized and a Stipulation for Entry of Final Judgment and Permanent Injunction will be filed within thirty (30) days of today's date.

The parties respectfully request a stay of all pending deadlines for sixty (60) days in order to execute the settlement documents and to file the Stipulation for Entry of Final Judgment and Permanent Injunction.

**IT IS SO STIPULATED.**

DATED: May 23, 2016

**PERKINS COIE LLP**

By: /s/ Judith B. Jennison
Judith B. Jennison

Attorneys for Plaintiffs TIMOTHY FERRISS and KRISA PERFORMANCE, LLC

DATED: May 20, 2016

By: Candice Cunningham

```
IT IS SO ORDERED that the CMC is reset from 6/2/16 to 8/18/16 at 9:30 a.m.
A joint CMC statement shall be filed by 8/11/16.
```

Edward M. Chen
U.S. District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen