1  Judith B. Jennison, Bar. No. 165929
PERKINS COIE LLP
2  1201 Third Avenue, Suite 4900
Seattle, Washington 98101
3  Telephone: 206.359.8000
Facsimile: 206.359.9000
4  Email: JJennison@perkinscoie.com

5

Julie E. Schwartz, Bar No. 260624
6  Lauren B. Cohen, Bar No. 285018
PERKINS COIE LLP
7  3150 Porter Drive
Palo Alto, California 94304-1212
8  Telephone: 650.838.4300
Facsimile: 650.838.4350
9  Email: JSchwartz@perkinscoie.com
Email: LCohen@perkinscoie.com
10

11

Attorneys for Plaintiffs
12  TIMOTHY FERRISS and KRISA
PERFORMANCE, LLC
13

14  UNITED STATES DISTRICT COURT

15  NORTHERN DISTRICT OF CALIFORNIA

16

17  TIMOTHY FERRISS, an individual; and   Case No. 3:15-cv-05675-EMC
KRISA PERFORMANCE, LLC, a
18  California limited liability company,   **[PROPOSED] ORDER GRANTING
STIPULATION TO CONTINUE HEARING
19               Plaintiffs,   AND CASE MANAGEMENT
CONFERENCE**
20       v.

21  ALLIANCE PUBLISHING, INC.;
ALLIANCE PUBLISHING SERVICES,
22  INC., a Florida corporation; WEALTH
PARTNERS PUBLISHING, an Illinois
23  corporation; CANDICE CUNNINGHAM,
an individual; PEAGAN TWITTY, an
24  individual; and DOES 1-50, inclusive.

25               Defendants.

26

27

28

1   [PROPOSED] ORDER GRANTING STIPULATION
CASE NO. 3:15-cv-05675-EMC

1

2                                **[PROPOSED] ORDER**

3          The Court, having considered the Stipulation to Continue Case Management Conference,

4   and good cause appearing therefor,

5          **IT IS HEREBY ORDERED** that the hearing on Plaintiffs' Motion for Default Judgment

6   and Case Management Conference are continued as follows:

7          1.      The hearing on the Motion for Default Judgment and the Case Management

8   Conference are continued to November 10, 2016 at 1:30 pm.

9          2.      The last day to file an updated Joint CMC Statement is continued to November 3,

10  2016.

11         3.      This Stipulation has no effect on the supplemental briefing schedule for Plaintiffs'

12  Motion for Default Judgment, Dkt. No. 62.

13  **IT IS SO ORDERED.**

14

15         DATED this __7th__ day of __October__, 2016

16

17                                        _____

18                                        Edward M. Chen
                                          United States District Judge

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING STIPULATION
                                          CASE NO. 3:15-cv-05675-EMC